IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD BEN ULMER,                          1:05-CV-0467 AWI DLB P

        Plaintiff,

   vs.                                         ORDER TO SUBMIT APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
COGGINS,                                   **OR** FILING FEE

        Defendants.                     Document No. 2
_____/

      Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).   Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  The court received and filed plaintiff's motion to proceed in forma pauperis on April 11, 2005, however, it was found to be insufficient.  Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

      2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250.00 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     April 27, 2005**                    **_____/s/ Dennis L. Beck_____**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE